IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 PM 2: 28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

**MICHAEL JENKINS,**

    **Plaintiff,**

v.

**CASE NO. 05-2512 Ma P**

**MEDICAL STAFFING NETWORK,
INC., a Florida Corporation and
MEDICAL STAFFING NETWORK
HOLDINGS, INC., a Florida Corporation,**

    **Defendants.**

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

Pursuant to the Notice of Setting dated September 3, 2005, counsel for the parties submit the following Joint Proposed Scheduling Order:

### I. Proposed Deadlines

The parties submit the following proposed deadlines for discovery and motions in this case:

1.    Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): November 3, 2005.

2.    Joining Parties: December 23, 2005;

3.    Filing Motions to Amend Pleadings: December 23, 2005;

4.    Completing All Discovery: June 23, 2006;

    (a)    Document Production: June 23, 2006

    (b)    Interrogatories: June 23, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _10-24-05_

    (c)    Requests for Admissions: June 23, 2006

    (d)    Depositions: June 23, 2006

    (e)    Expert Witness Disclosure (Rule 26):

        (1)    Disclosure of Plaintiff's Rule 26 Expert Information: April 21, 2006
        (2)    Disclosure of Defendants' Rule 26 Expert Information: May 22, 2006
        (3)    Supplementation of Expert Disclosures: June 1, 2006
        (4)    Expert Witness Depositions: June 23, 2006

5.    Filing Dispositive Motions: July 28, 2006

## II. OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All discovery related motions and discovery requests that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond prior to the discovery deadline.

Motions to compel discovery are to be filed and served by the date of the discovery deadline or 30 days of the default or the service of the response, answer or objection which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing such motion is extended for good cause shown. Failure to timely file a motion to compel constitutes a waiver.

This case is set for jury trial, and the trial is expected to last approximately three (3) to four (4) days. The pretrial order deadline, pretrial conference date, and trial date will be set by the presiding judge.

The parties are directed to report to the Court after the close of discovery on whether court-supervised attorney mediation or private mediation is appropriate.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the deadlines set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date: October 19, 2005

APPROVED:

STROUD & HARPER, P.C.

By: _James D. Harper w/ permission_
James D. Harper,       by AIT
P.O. Box 210
Southaven, MS 38671

Attorneys for Plaintiff, Michael Jenkins


JACKSON LEWIS LLP

    Stephanie L. Adler (FL Bar No. 523283)
    Keith L. Hammond (FL Bar No. 164798)
    390 North Orange Avenue, Suite 1285
    Post Office Box 3389
    Orlando, Florida 32802-3389
    Telephone:   (407) 246-8440
    Facsimile: (407) 246-8441


KIESEWETTER WISE
KAPLAN PRATHER, PLC

By: _/s/ John W. Simmons_
    John W. Simmons (TN Bar No. 12248)
    Amber Isom-Thompson (TN Bar No. 21210)
    3725 Champion Hills Drive, Suite 3000
    Memphis, Tennessee 38125
    Telephone:   (901) 795-6695
    Facsimile:    (901) 795-1646

Attorneys for Defendants, Medical Staffing
Network, Inc. and Medical Staffing
Network Holdings, Inc.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02512 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

James David Harper
STROUD & HARPER
5779 Getwell Rd.
C-1
P.O. Box 210
Southaven, MS 38671

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT