IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 25 PM 5: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL JENKINS,

    Plaintiff,

VS.                              NO. 05-2512-MaP

MEDICAL STAFFING NETWORK, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the October 14, 2005, motion for admission *pro hac vice* of Keith L. Hammond. Mr. Hammond is a member in good standing of the bar of the state of Florida and is admitted to practice before the Supreme Court of Florida. Mr. Hammond has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Keith L. Hammond is admitted to participate in this action as counsel for defendants.

It is so ORDERED this 25th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

entered on the docket sheet
with Rule 58 and/or 79(a) FRCP on 10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02512 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

James David Harper
STROUD & HARPER
5779 Getwell Rd.
C-1
P.O. Box 210
Southaven, MS 38671

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT