IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL JENKINS,

    Plaintiff,

VS.                                                    NO. 05-2512-MaP

MEDICAL STAFFING NETWORK, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the October 14, 2005, motion for admission *pro hac vice* of Stephanie L. Adler. Ms. Adler is a member in good standing of the bar of the state of Florida and is admitted to practice before the Supreme Court of Florida. Ms. Adler has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Stephanie L. Adler is admitted to participate in this action as counsel for defendants.

It is so ORDERED this 25th day of October, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02512 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

James David Harper
STROUD & HARPER
5779 Getwell Rd.
C-1
P.O. Box 210
Southaven, MS 38671

Honorable Samuel Mays
US DISTRICT COURT